ACCEPTED
04-14-00618-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 5:10:41 PM
KEITH HOTTLE
CLERK

Edward F. Shaughnessy, III
Attorney at Law
206 E. Locust
San Antonio, Texas 78212
(210) 212-6700
Shaughnessy727@gmail.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/4/2015 5:10:41 PM

KEITH E. HOTTLE
Clerk

Keith Hottle, Clerk
Cout of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

March 4, 2015

Re: Court of Appeals Number 04-14-00618-CR
    Trial Court Number: 14-0698-CR-C
    Thomas Little v. The State of Texas

Dear Sir,

Please be advised that I have contracted with the District attorney for the 25th Judicial District to represent the State/Appellee in the instant matter. Please place this notice in the papers of the cause and notify me of any filings and/or rulings regarding this matter.

Thank you in advance for your assistance in this matter.

Sincerely,


/s/ Edward F. Shaughnessy

Edward F. Shaughnessy
Attorney at Law

Cc Gregory Sherwood